| From: | Stephanie Hammer |
|---|---|
| To: | Topka, Will |
| Cc: | Josh Tuchscherer; Thomas Johnson |
| Subject: | Tory Hart, Trustee for ▆▆▆ (d) v. Dakota County, et al. |
| Date: | Thursday, July 21, 2022 12:17:46 PM |
| Attachments: | Summons - Dakota County.pdf |
| | Complaint - ▆▆▆ v. Dakota County 7-20-2022.pdf |
| | Acknowledgment and Acceptance - Dakota County.pdf |

**WARNING**: External email. Please verify sender before opening attachments or clicking on links.

Dear Mr. Topka,

In follow-up to your agreement to accept service of the Summons and Complaint in this matter on all defendants but for Sherri Larson, attached find the Summons and Complaint along with an Acknowledgment and Acceptance of Service for your signature and return at your earliest convenience.

Due to the size of the exhibits, I will be sending you an access link.  Let me know if you would also like hard copies of everything.

Best,

**Stephanie L. Hammer**
**Paralegal to Joshua M. Tuchscherer**
1616 Park Avenue **|** Minneapolis, MN 55404
My Direct: 612-767-5109 **|** Main: 612-339-9121



EXHIBIT 3

| From: | Stephanie Hammer |
|---|---|
| To: | Topka, Will |
| Cc: | Thomas Johnson; Josh Tuchscherer |
| Subject: | ▮▮▮ Complaint |
| Date: | Thursday, July 21, 2022 12:55:43 PM |
| Attachments: | Complaint - ▮▮▮ v. Dakota County 7-20-2022.pdf |

**WARNING**: External email. Please verify sender before opening attachments or clicking on links.

William,

Attached find a revised Complaint. I noticed that there were a few exhibit dates that were incorrect.

Best,

**Stephanie L. Hammer**
**Paralegal to Joshua M. Tuchscherer**

1616 Park Avenue **|** Minneapolis, MN 55404
My Direct: 612-767-5109 **|** Main: 612-339-9121

