UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of ▮▮▮▮▮▮▮▮▮▮▮▮, <br>Plaintiff(s), <br><br>v. <br><br>County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity, <br><br>Defendants. | Court File No.:  22-cv-02035 <br>(MJD/JFD) <br><br><br>**MOTION TO AMEND THE CAPTION AND TO SEAL DOCS 4 AND 4-1** |

County of Dakota, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity (collectively "**the County**") respectfully move the Court for an order amending the caption to remove E.H.'s full name and list only E.H.'s initials because he was a minor and to seal Docs. 4 and 4-1 because they are replete with E.H.'s full name and it is impractical to redact them and because some of the documents are confidential under Minnesota law.  The County bases its motion on Local Rule 5.6 and all supporting memoranda and other documents filed in accordance with Local Rule 7.1

Dated: August 19, 2022        **KATHRYN M. KEENA**
                                                   **DAKOTA COUNTY ATTORNEY**

                                                   By:/s/William M. Topka
                                                       William M. Topka (#0339003)
                                                 Assistant County Attorney
                                                 1560 Highway 55
                                                 Hastings, Minnesota 55033
                                                 (651) 438-4438
                                                 william.topka@co.dakota.mn.us

                                                 *Attorneys for County of Dakota,*
                                                 *Beth Dehner, and Jennifer*
                                                 *Streefland*