# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of ████████████, <br> Plaintiff(s), <br><br> v. <br><br> County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity, <br><br> Defendants. | Court File No.: 22-cv-02035 <br> (MJD/JFD) <br><br><br> **NOTICE OF HEARING ON MOTION TO AMEND THE CAPTION AND TO SEAL DOCS 4 AND 4-1** |

**PLEASE TAKE NOTICE** that a hearing on County of Dakota's, Beth Dehner's in her individual and official capacity, and Jennifer Streefland's in her individual and official capacity (collectively "**the County**") motion to amend the caption and to seal Docs. 4 and 4-1 will be held on a date to be determined by the Court before the Honorable John F. Docherty either in person at the United States Courthouse, Courtroom 6A, Saint Paul, Minnesota, or remotely wherein the Court will provide a Zoom link before the hearing.

Dated: August 19, 2022                **KATHRYN M. KEENA**
                                      **DAKOTA COUNTY ATTORNEY**


                                      By: /s/William M. Topka
                                          William M. Topka (#0339003)
                                      Assistant County Attorney
                                      1560 Highway 55
                                      Hastings, Minnesota 55033
                                      (651) 438-4438
                                      william.topka@co.dakota.mn.us

                                      *Attorneys for County of Dakota,
                                      Beth Dehner, and Jennifer
                                      Streefland*