# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

---

| Tory Hart, trustee for the heirs and next-of-kin of ███████████, | Court File No.:  22-cv-02035 |
|---|---|
| Plaintiff(s), | (MJD/JFD) |
| v. | **ORDER** |
| County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity, | |
| Defendants. | |

---

The above-entitled matter came on for a hearing before the undersigned, on County of Dakota's, Beth Dehner's in her individual and official capacity, and Jennifer Streefland's in her individual and official capacity (collectively "**the County**") motion to amend the caption and to seal Docs 4 and 4-1. Appearances were noted on the record.  Based on the parties' arguments and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.  The County's motion to amend the caption and to seal Docs 4 and 4-1 is GRANTED.

Dated: _____          _____
                                                                        John F. Docherty
                                                                        United States Magistrate Judge