### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Alexander Hart, trustee for the heirs and next-of-kin of E.H., <br> Plaintiff(s), | Court File No.: 22-cv-02035 <br> (MJD/JFD) |
| v. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SHERRI LARSON TO RESPOND TO THE COMPLAINT** |
| County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity, <br> Defendants. | |

Plaintiff Tory Hart, trustee for the heirs and next-of-kin of E.H. and Defendant Sherri Larson in her individual and official capacity, by and through their respective counsel, hereby stipulate and agree that Defendant Larson shall be given an extension until September 21, 2022 to respond to Plaintiff's Complaint. In the absence of this stipulation for an extension, Defendant Larson's response would be due on September 7, 2022.

Dated:  August 29, 2022            MESHBESHER & SPENCE, LTD

                                                s/ Joshua M. Tuchscherer
                                                Joshua M. Tuchscherer (#0314250)
                                                Thomas S. Johnson (#0400850)
                                                1616 Park Avenue
                                                Minneapolis, MN 55404
                                                Telephone: (612) 339-9121
                                                Fax: (612) 339-9188
                                                jtuchscherer@meshbesher.com
                                                tjohnson@meshbesher.com

                                                COUNSEL FOR PLAINTIFF

Dated:  August 29, 2022

KEITH ELLISON
Attorney General
State of Minnesota

s/ Anna Veit-Carter
ANNA VEIT-CARTER
Assistant Attorney General
Atty. Reg. No. 0392518

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1324 (Voice)
(651) 282-5832 (Fax)
anna.veit-carter@ag.state.mn.us

ATTORNEY FOR DEFENDANT SHERRI LARSON