# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Alexander Hart, trustee for the heirs and next-of-kin of E.H.,<br><br>          Plaintiff(s),<br><br>v.<br><br>County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity,<br><br>          Defendants. | Court File No.: 22-cv-02035<br>(MJD/JFD)<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT LARSON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

On August 29, 2022, Plaintiff Tory Hart, trustee for the heirs and next-of-kin of E.H. and Defendant Sherri Larson in her individual and official capacity, by and through their respective counsel, filed a Stipulation for Extension of Time to Respond to the Complaint. Based upon the review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation for Extension of Time to Respond to the Complaint is APPROVED; and

2. Defendant Sherri Larson shall answer or otherwise respond to the Complaint by September 21, 2022.

Dated: _____          _____
                                                                    JOHN F. DOCHERTY
                                                                    United States Magistrate Judge