# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Alexander Hart, trustee for the heirs and next-of-kin of E.H., | Court File No.: 22-cv-02035 (MJD/JFD) |
| Plaintiff(s), | |
| v. | **ORDER FOR DISMISSAL OF DEFENDANT LARSON IN HER INDIVIDUAL AND OFFICIAL CAPACITY** |
| County of Dakota, Sherri Larson in her individual and official capacity, Beth Dehner in her individual and official capacity, and Jennifer Streefland in her individual and official capacity, | |
| Defendants. | |

On September 19, 2022, Plaintiff Tory Hart, trustee for the heirs and next-of-kin of E.H., and Defendant Sherri Larson, in her individual and official capacity, by and through their respective counsel, filed a Stipulation for Dismissal of Defendant Larson.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal of Sherri Larson is **GRANTED**; and

2. Defendant Sherri Larson is dismissed as a defendant in the above-entitled matter with prejudice and without any fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 20, 2022         <u>s/Michael J. Davis              </u>
                                    Michael J. Davis
                                    United States District Court