UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of E.A.K.H.,<br>　　　　　Plaintiff,<br><br>v.<br><br>County of Dakota, Beth Dehner, and Jennifer Streefland,<br><br>　　　　　Defendants. | Court File No.:  22-cv-02035<br>(MJD/JFD)<br><br><br>**THE COUNTY'S MOTION TO ENFORCE THE PARTIAL SETTLEMENT AGREEMENT AND FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

County of Dakota, Beth Dehner, and Jennifer Streefland (collectively "**the County**") respectfully move the Court for an order dismissing Counts IV and V of the complaint because the parties reached an enforceable partial settlement agreement to dismiss Count IV and both counts fail to state a claim upon which relief can be granted.  The County bases its motion on Federal Rule of Civil Procedure 12(c) and all supporting memoranda and other documents filed in accordance with Local Rule 7.1

Dated: March 14, 2023                      **KATHRYN M. KEENA**
                                                 **DAKOTA COUNTY ATTORNEY**

By: /s/William M. Topka
     William M. Topka (#0339003)
Assistant County Attorney
1560 Highway 55
Hastings, Minnesota 55033
(651) 438-4438
william.topka@co.dakota.mn.us

*Attorneys for County of Dakota, Beth Dehner, and Jennifer Streefland*