# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of E.A.K.H.,<br>      Plaintiff, | Court File No.: 22-cv-02035<br>(MJD/JFD) |
| v. | **ORDER** |
| County of Dakota, Beth Dehner, and Jennifer Streefland,<br>      Defendants. | |

The above-entitled matter came on for a hearing before the undersigned on County of Dakota's, Beth Dehner's, and Jennifer Streefland's (collectively "**the County**") motion to enforce a partial settlement agreement and for judgment on the pleadings. Appearances were noted on the record. Based on the parties' arguments and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The County's motion is GRANTED.

2. Counts IV and V of the complaint are dismissed WITH PREJUDICE.

Dated: _____      _____
                       Michael J. Davis
                       United States District Court Judge