# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of E.K.A.H., <br><br> Plaintiff(s), <br><br> v. <br><br> County of Dakota, Beth Dehner, and Jennifer Streefland, <br><br> Defendants. | Court File No.: 22-cv-02035 (MJD/JFD) <br><br><br> **STIPULATION REGARDING THE COUNTY'S MOTION TO COMPEL DISCOVERY (DOC. 55)** |

The parties file this stipulation pursuant to LR 7.1(a)(2) and as such, state and allege as follows:

**WHEREAS,** County of Dakota, Beth Dehner, and Jennifer Streefland (collectively "**the County**") filed a motion to compel discovery on April 10, 2023 (Doc. 55);

**WHEREAS**, Tory Hart, trustee for the heirs and next-of-kin of E.K.A.H., ("**Plaintiff**") responded to the County's motion on April 17, 2023 (Doc. 65);

**WHEREAS**, Plaintiff's response to the County's motion contained an answer to the disputed interrogatories subject to the County's motion to compel discovery (Doc. 66-1); and

**NOW, THEREFORE**, the parties agree that Doc. 66-1 no longer warrants the Court compelling Plaintiff to answer the disputed interrogatories.

| | |
|---|---|
| Dated: April 25, 2023 | **KATHRYN M. KEENA**<br>**DAKOTA COUNTY ATTORNEY**<br><br>By: /s/ William M. Topka<br>   William M. Topka (#0339003)<br>Assistant County Attorney<br>1560 Highway 55<br>Hastings, Minnesota 55033<br>(651) 438-4438<br>william.topka@co.dakota.mn.us<br><br>*Attorneys for County of Dakota, Beth Dehner, and Jennifer Streefland* |
| Dated: April 25, 2023 | **MESHBESHER & SPENCE, LTD**<br><br>By: /s/ Joshua M. Tuchscherer<br>   Joshua M. Tuchscherer (#0314250)<br>   Andrew L. Davick (#0332719)<br>1616 Park Avenue<br>Minneapolis, MN 55404<br>(612) 339-9121<br>jtuchscherer@meshbesher.com<br>adavick@meshbesher.com<br><br>**-AND-** |
| Dated: April 25, 2023 | **DUNLAP & SEEGER, P.A.**<br><br>By: /s/ John T. Giesen<br>   John T. Giesen (#0399951)<br>30 Third Street SE, Suite 400<br>Rocheter, MN 55904<br>(507) 288-9111<br>jtg@dunlaplaw.com<br><br>*Attorneys for Plaintiff* |