# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of E.K.A.H., | Court File No.: 22-cv-02035 (MJD/JFD) |
| Plaintiff, | |
| v. | **STATEMENT OF REDACTION OF JOHN GIESEN REGARDING AMENDED COMPLAINT AND EXHIBITS** |
| County of Dakota, Beth Dehner, and Jennifer Streefland, | |
| Defendants. | |

I, John T. Giesen, state that pursuant to Local Rule 5.6(d), I have caused the Amended Complaint with Exhibits 1-41 to be filed under temporary seal. The entirety of these document is either confidential pursuant to the Protective Order in this matter and/or redaction is impracticable.

Dated: October 13, 2023

**DUNLAP & SEEGER, P.A.**

By *s/ John T. Giesen*
John T. Giesen (#0399951)
30 Third Street SE, Suite 400
Rochester, MN 55904
Ph: 507-288-9111
jtg@dunlaplaw.com

**MESHBESHER & SPENCE, LTD.**

Joshua M. Tuchscherer (#0314250)
Andrew L. Davick (#332719)
1616 Park Avenue
Minneapolis, MN 55404
Ph: 612-339-9121
jmt@meshbesher.com
adavick@meshbesher.com

**ATTORNEYS FOR PLAINTIFF**