## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Tory Hart, trustee for the heirs and next-of-kin of E.K.A.H., | Court File No.: 22-cv-02035 (MJD/JFD) |
| Plaintiff, | |
| v. | **STATEMENT OF REDACTION OF JOHN GIESEN REGARDING EXHIBITS TO DECLARATION OF JOHN T. GIESEN** |
| County of Dakota, Beth Dehner, and Jennifer Streefland, | |
| Defendants. | |

I, John T. Giesen, state that pursuant to Local Rule 5.6(d), I have caused Exhibits H, L, M, N, O, P, R, S, T, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, HH, JJ, KK, LL, MM, NN, OO, QQ, RR, SS, TT, UU, VV, XX, YY, DDD, EEE, FFF, and GGG to my declaration to be filed under temporary seal. The entirety of these document is either confidential pursuant to the Protective Order in this matter and/or redaction is impracticable.

Dated:  January 2, 2024            **DUNLAP & SEEGER, P.A.**

By *s/ John T. Giesen*
John T. Giesen (#0399951)
30 Third Street SE, Suite 400
Rochester, MN  55904
Ph: 507-288-9111
jtg@dunlaplaw.com

2

        **MESHBESHER & SPENCE, LTD.**

        Joshua M. Tuchscherer (#0314250)
        Andrew L. Davick (#332719)
        1616 Park Avenue
        Minneapolis, MN  55404
        Ph:   612-339-9121
        jmt@meshbesher.com
        adavick@meshbesher.com

        **ATTORNEYS FOR PLAINTIFF**