UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tory Hart, trustee for the heirs and
next-of-kin of E.A.K.H.,

    Plaintiff,

v.

County of Dakota, Beth Dehner,
and Jennifer Streefland, individually
and in their capacities as employees of
Dakota County,

    Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION
Case No. 22-cv-2035 (MJD/JFD)

---

Joshua M. Tuchscherer, Andrew L. Davick, Meshbesher & Spence, Ltd., John T. Giesen, Dunlap & Seeger, P.A., for Plaintiff.

Kathryn M. Keena, William M. Topka, Alemayehu Ditamo, Dakota County Attorney's Office, for Defendants.

---

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge John F. Docherty, dated November 22, 2023. (Doc. 185.) Defendant objects to the part of the Recommendation stating that the motion should be dismissed in its entirety and asks that the Court to grant in part and deny in part the motion. (Doc. 193 at 2-4.) Plaintiff filed a Response to Defendant's Objection. (Doc. 223.)

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based on that review and in consideration of the applicable law, the Court will overrule Defendant's objection and adopt the Report and Recommendation dated November 22, 2023.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the November 22, 2023 Report and Recommendation of United States Magistrate Judge John F. Docherty **[Doc. 185]**;

2. Defendants' objection **[Doc. 193]** is **OVERRULED**;

3. Defendants' Motion to Enforce the Partial Settlement Agreement or for Partial Judgment on the Pleadings **[Doc. 32]** is **DENIED**; and

4. Count IV of the original Complaint **[Doc. 4]** is **DISMISSED** with prejudice consistent with the agreement of the Parties and the Amended Complaint [Doc. 178].

Dated:  March 28, 2024                                s/Michael J. Davis
                                                                              Michael J. Davis
                                                                              United States District Court