# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TORY ALEXANDER HART, Trustee for the heirs and next-of-kin of E.K.A.H., Decedent,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF DAKOTA, BETH DEHNER and JENNIFER STREEFLAND,<br><br>Defendants. | Court File No. 22-CV-02035 (MJD/JFD)<br><br><br><br>**ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF FUNDS** |

The above-entitled matter came before the Special Master of this Court, the Honorable Arthur J. Boylan, for administrative review on the Petition of Tory Alexander Hart, Trustee for the Heirs and Next-of-Kin of EKAH, decedent. The Court, having read over the contents of the verified Petition and the Consents and Waivers signed by all heirs and next-of-kin, and having been fully advised of all the underlying facts, circumstances and premises,

**IT IS HEREBY ORDERED:**

1. That the Trustee is ordered and authorized to accept settlement on behalf of the heirs and next-of-kin of the decedent in the amount of $2,250,000.00, to be distributed as outlined below, in final settlement of all claims against the Defendants in this action for the wrongful death of EKAH.

2. That from said sum of money, the Trustee shall pay to the law firms of Meshbesher & Spence, Ltd. and Dunlap & Seeger, P.A. the sum of $750,000.00 which represents attorney's fees of 33 1/3 percent.

3. That from said sum of money, the Trustee shall pay to the law firm of Meshbesher & Spence, Ltd. and Dunlap & Seeger, P.A., the sum of $206,185.47 which represents their costs and disbursements.

4. That the balance of the settlement, the sum of $1,293.814.53, is to be distributed in immediate cash payments to the heirs and next-of-kin of Decedent EKAH:

| | |
|---|---|
| $1,218,814.53 | to Tory A. Hart, Father |
| $25,000.00 | to Kenneth Jude Hart, Paternal Grandfather |
| $25,000.00 | to Nicole Ann Hart, Paternal Grandmother |
| $0.00 | to George Thaler, Maternal Grandfather WAIVED |
| $25,000.00 | to Tamara Pauline Genrich, Maternal Grandmother |

5. That the wrongful death settlement on the terms and conditions herein set forth is in all things approved, and the Petitioner is hereby authorized and directed to execute any and all necessary documents, releases or otherwise to effectuate completion of this settlement in accordance with this Order.

6. That upon distribution in accordance with this Order, said Petitioner is to be dismissed and discharged from any further duties or responsibilities with respect to this matter and claim.

DATED:_____                                              BY THE COURT:

 

_____
ARTHUR J. BOYLAN
U.S. MAGISTRATE JUDGE – retired
SPECIAL MASTER